# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

PRISCILLA DUET AND CURTIS
DUET, HUSBAND AND WIFE

VERSUS

CALEB LAND CORPORATION

NO. 2022 CW 1198

**APRIL 12, 2023**

---

In Re: Caleb Land Corporation, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 143161.

---

**BEFORE: McCLENDON, HOLDRIDGE, AND GREENE, JJ.**

**WRIT GRANTED IN PART AND DENIED IN PART.** The portion of the district court's October 5, 2022 judgment that denied Caleb Land Corporation's motion to file a reconventional demand against plaintiffs, Priscilla Duet and Curtis Duet, in its proposed third supplemental and amended pleading is reversed in part. Portions of the proposed pleading with respect to the reconventional demand may constitute compulsory reconventional demands, arising out of the transaction or occurrence that is the subject matter of the principal action. See La. Code Civ. P. art. 1061(B). Therefore, to the extent the pleading asserted compulsory reconventional demands, the district court abused its discretion in denying the motion which sought leave to file the reconventional demand, and the motion is granted in part to allow the filing of the reconventional demand in the third supplemental and amended pleading to the extent it asserts a compulsory reconventional demand. The writ is denied in all other respects.

**PMc**
**GH**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

_a.s._

DEPUTY CLERK OF COURT
FOR THE COURT